**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Terral Smith                     CHAPTER 13
                Debtor(s)

                                                BKY. NO. 22-13116 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee and index same on the master mailing list.

                        Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
31 Jan 2023, 12:32:08, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322