# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Chapter 13

WILLIAM TERRAL SMITH                   Bankruptcy No. 22-13116-MDC

2645 PARMA RD

PHILADELPHIA, PA 19131-2708


       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WILLIAM TERRAL SMITH

    2645 PARMA RD

    PHILADELPHIA, PA 19131-2708

**Counsel for debtor(s), by electronic notice only.**
    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 2/2/2023                                                                             /s/ Kenneth E. West

                                                               _____
                                                               Kenneth E. West, Esquire
                                                               Chapter 13 Standing Trustee