# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13116-amc |
| William Terral Smith, | Chapter 13 |
| Debtor. | Response to ECF No. 33 |

### Debtor's Response to Motion for Relief from Stay

**AND NOW**, Debtor William Terral Smith, by and through their attorney, hereby responds to the Motion for Relief from Stay filed by Government Loan Securitization Trust 2011-FV1.

The Debtor opposes the motion. The arrearage alleged in the motion is insignificant and can be cured in short order. The Debtor has already made a substantial curative payment, and intends to make more. Accordingly, no grounds for relief exist.

**NOW, THEREFORE**, the Debtor asks this Court to deny the motion in the form of order attached.

Date: May 18, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Response to Motion for Relief from Stay to be served on Government Loan Securitization Trust 2011-FV1 through the CM/ECF system along with all attachments.

Date: May 18, 2023

/s/ Michael A. Cibik
Michael A. Cibik

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　William Terral Smith,<br><br>　　　　　　Debtor. | Case No. 22-13116-mdc<br><br>Chapter 13<br><br>Related to ECF No. 33 |

**ORDER**

**AND NOW**, after consideration of the Motion for Relief from Stay filed by Government Loan Securitization Trust 2011-FV1, and after notice and hearing, it is hereby **ORDERED** that the motion is **DENIED**.

Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge