IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: WILLIAM TERRAL SMITH ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 22-13116 (MDC) |
| ) | |
| v. ) | |
| ) | |
| WILLIAM TERRAL SMITH ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about June 16, 2023 in the above matter is APPROVED.

Dated: June 20th, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE