**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>William Terral Smith,<br><br>Debtor. | Case No. 22-13116-mdc<br><br>Chapter 13 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Debtor William Terral Smith, it is hereby **ORDERED** that:

1. Debtor's employer, City of Philadelphia ("the employer") shall pay $738.47 directly from each of his regular biweekly paychecks to the chapter 13 trustee at the following address:

   Kenneth E. West, Chapter 13 Trustee
   P.O. Box 1799
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes all previous orders, if any, made to the subject employer in this case.

Date: August 29, 2023

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

CC: City of Philadelphia
Attn: Payroll Dept.
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102