**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 22-13116-MDC

WILLIAM TERRAL SMITH

2645 PARMA RD

PHILADELPHIA, PA 19131-2708

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM TERRAL SMITH

2645 PARMA RD

PHILADELPHIA, PA 19131-2708

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

                                            /S/ Kenneth E. West

Date: 10/31/2023                              _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee