# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| William Terral Smith, <br><br>                    *Debtor*. | Case No. 22-13116-PMM <br> Chapter 13 |

## Motion to Pay Trustee

Debtor William Terral Smith, through his attorney, moves this Court to enter a wage order in the form of order attached.

Date: August 22, 2024                         CIBIK LAW, P.C.
                                              *Attorney for Debtor*

                                              By:/s/ Michael A. Cibik
                                                  Michael A. Cibik (#23110)
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  215-735-1060
                                                  help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: August 22, 2024                         /s/ Michael A. Cibik
                                              Michael A. Cibik