# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

IN RE:

WILLIAM TERRAL SMITH

CASE NO. 22-13116-pmm
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee | U.S. Bank National Association Trustee (See 410) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 7
Amount of Claim: $ 73614.06
Date Claim Filed: 01/25/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 1787

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0126

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                    Date: 8/21/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO. 22-13116-pmm Chapter 13 |
| WILLIAM TERRAL SMITH | | |

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/21/2024 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*

WILLIAM TERRAL SMITH
2645 Parma Rd
Philadelphia, PA 19131-2708

**Debtors' Attorney**
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

**Chapter 13 Trustee**
KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia, PA 19107-3704

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen