**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| William Terral Smith,<br><br>                    *Debtor*. | Case No. 22-13116-PMM<br>Chapter 13 |

**Praecipe to Withdraw Documents**

To the Clerk of Court:

Please withdraw the following documents:

- Modified Chapter 13 Plan (ECF No. 88)

- Motion to Modify Plan (ECF No. 89)

Date: October 21, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com