**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                          Case No. 22-13116-pmm
                                                           Chapter 13

William Terral Smith

Debtor(s).

## NOTICE OF APPEARANCE

**Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of December, 2024, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

William Terral Smith
2645 Parma Rd
Philadelphia, PA 19131

***Debtor(s)***


                                              By:      /s/ Steven K. Eisenberg
                                                            Steven K. Eisenberg, Esquire