**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　WILLIAM TERRAL SMITH<br>　　　　Debtor(s)<br><br>GOVERNMENT LOAN SECURITIZATION TRUST 2011-FV1, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE<br>　　　　Movant<br><br>v.<br><br>WILLIAM TERRAL SMITH<br>　　　　Debtor(s)<br><br><br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 22-13116-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

　　Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 2645 Parma Road, Philadelphia, PA 19131.

　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 29, 2025, you or your attorney must do all of the following:

　　(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to movant's attorney:

        Daniel P. Jones
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Telephone: (215) 572-8111
        Facsimile: (215) 572-5025
        djones@sterneisenberg.com

    and to the Trustee:    Kenneth E. West
        Ch. 13 Trustee
        190 N. Independence Mall West
        Suite 701
        Philadelphia, PA 19106

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on February 5, 2025, at 1:00PM in 1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

        STERN & EISENBERG, PC

        *By: /s/ Daniel P. Jones*
        Daniel P. Jones
        Bar Number: 321876
Date: January 15, 2025        Email: djones@sterneisenberg.com