*Form 167* (1/25)–doc 110 – 105

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    William Terral Smith ) Case No. 22–13116–djb
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 2645 Parma Road, Philadelphia PA 19131 filed by Government Loan Securitization Trust 2011–FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association et al represented by DANIEL P. JONES (Counsel)

*** RE–SCHEDULED HEARING ***

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with Meeting ID # 161 0657 4791.

******

on: 4/3/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 3, 2025

For The Court

Timothy B. McGrath
Clerk of Court