**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re:<br><br>WILLIAM TERRAL SMITH<br>Debtor(s)<br><br>GOVERNMENT LOAN SECURITIZATION TRUST 2011-FV1, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE<br>Movant<br>v.<br>WILLIAM TERRAL SMITH<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 22-13116-pmm<br><br>Judge: BAKER, DEREK J. |
|---|---|

**ORDER APPROVING STIPULATION**

    AND NOW, upon consideration of the Stipulation between Debtor and Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date:

UNITED STATES BANKRUPTCY JUDGE