# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| William Terral Smith,<br><br>　　　　　　　　　*Debtor*. | Chapter 13<br>Case No. 22-13116-DJB |

### Motion to Modify Plan After Confirmation

Debtor William Terral Smith, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on November 20, 2022.

2. The plan was confirmed on January 26, 2024.

3. A stipulation was recently approved between the Debtor and Creditor U.S. Bank Trust, N.A. settling the Motion for Relief From Stay (the "Motion") filed at ECF No. 105.

4. The Debtor wants to amend his plan in line with the approved stipulation.

5. The proposed plan rolls in and cures the arrears that gave rise to the Motion by increasing the Debtor's monthly plan payments moving forward.

6. The Debtor asks this Court to approve the proposed plan filed at ECF No. 118.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: July 18, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com