# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| William Terral Smith,<br><br>　　　　　　　*Debtor*. | Case No. 22-13116-DJB<br>Chapter 13 |

## Motion to Pay Trustee

Debtor William Terral Smith, through his attorney, moves this Court to enter a wage order in the form of order attached.

Date: July 18, 2025　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

　　　　　　　　　　　　　　　　　　　By:/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com

## Certificate of Service

　　　I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 18, 2025　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　Michael A. Cibik