**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| William Terral Smith,<br><br>*Debtor*. | Case No. 22-13116-DJB<br>Chapter 13 |

**Order Requiring City of Philadelphia to Pay Chapter 13 Trustee**
**from William Terral Smith's Wages**

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **CITY OF PHILADELPHIA** must pay chapter 13 trustee **KENNETH E. WEST** in the amount of **$1,032.79** from each bi-weekly paycheck of **WILLIAM TERRAL SMITH** beginning with the next paycheck and lasting until November 30, 2027, or further order of the Court.

Payments must be mailed to Kenneth E. West, Chapter 13 Trustee, PO Box 1799, Memphis, TN 38101-1799. The bankruptcy case number (22-13116) must be written or typed on each payment.

This order replaces the pay order dated August 23, 2024.

Date: **July 21, 2025**

Honorable Derek J. Baker
U.S. Bankruptcy Judge

CC: City of Philadelphia
Attn: Payroll Department
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102