United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-13116-djb
William Terral Smith  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jul 21, 2025  Form ID: pdf900  Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William Terral Smith, 2645 Parma Rd, Philadelphia, PA 19131-2708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | Email/Text: megan.harper@phila.gov | Jul 22 2025 00:41:00 | City of Philadelphia, Attn: Payroll Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

MICHAEL A. CIBIK
    on behalf of Debtor William Terral Smith help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Government Loan Securitization Trust 2011-FV1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rshearer@raslg.com

STEVEN K. EISENBERG
    on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi
    seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| William Terral Smith, <br><br> *Debtor*. | Case No. 22-13116-DJB <br> Chapter 13 |

### Order Requiring City of Philadelphia to Pay Chapter 13 Trustee from William Terral Smith's Wages

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **CITY OF PHILADELPHIA** must pay chapter 13 trustee **KENNETH E. WEST** in the amount of **$1,032.79** from each bi-weekly paycheck of **WILLIAM TERRAL SMITH** beginning with the next paycheck and lasting until November 30, 2027, or further order of the Court.

Payments must be mailed to Kenneth E. West, Chapter 13 Trustee, PO Box 1799, Memphis, TN 38101-1799. The bankruptcy case number (22-13116) must be written or typed on each payment.

This order replaces the pay order dated August 23, 2024.

Date: **July 21, 2025**

Honorable Derek J. Baker
U.S. Bankruptcy Judge

CC:  City of Philadelphia
     Attn: Payroll Department
     1401 John F. Kennedy Blvd.
     Philadelphia, PA 19102