**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| William Terral Smith, | Case No. 22-13116-DJB |
|---|---|
| *Debtor*. | Chapter 13 |
| | SSN: XXX-XX-4165 |

## Motion to Pay Trustee

Debtor William Terral Smith, through his attorney, moves this Court to enter a wage order in the form of order attached.

Date: August 12, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
   Michael A. Cibik (#23110)
   1500 Walnut Street, Suite 900
   Philadelphia, PA 19102
   215-735-1060
   help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: August 12, 2025

/s/ Michael A. Cibik
Michael A. Cibik