**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| William Terral Smith, <br><br> *Debtor*. | Chapter 13 <br> Case No. 22-13116-DJB |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 119, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 126) is **APPROVED**.

**Date:**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge